
# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| In re the Detention of: | ) | DIVISION ONE |
| | ) | |
| R.I., | ) | No. 75073-9-I |
| | ) | |
| | ) | UNPUBLISHED OPINION |
| Appellant. | ) | |
| | ) | |
| | ) | FILED: JUL 1 0 2017 |

DWYER, J. — Does the state constitutional right to a jury trial attach to the proceeding referenced as a probable cause hearing in RCW 71.05.240? It does not. In re Det. of S.E., No. 74917-0, slip op. (Wash. Ct. App. July 10, 2017).[1]

Affirmed.

Dwyer, J.

We concur:

Trickey, ACJ          Becker, J.

---

[1] R.I. asserts that the trial court erred in the manner by which it entered judgment in this matter. Because the judgment herein is supported by oral and written findings of fact and conclusions of law, and because we can discern the bases for the trial court's rulings therefrom, there was no error. See In re Det. of Labelle, 107 Wn.2d 196, 218-20, 728 P.2d 138 (1986).